IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: CRIMINAL ACTION
v. : NO. 10-723-01
:
SPENCER HALTON :

## O R D E R

**AND NOW,** this **1st** day of **May, 2017,** it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 88) is **DENIED** without prejudice.[1]

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] This motion was filed pro se. Defendant has since been appointed counsel, who may choose to bring the motion again.